# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner                                    Chase S. Ruddy, Esq., Senior Associate

MANHATTAN                                                                                    LONG ISLAND
1 Penn Plaza, Suite 5315                                                          1103 Stewart Avenue, Suite 200
New York, New York 10119                                                       Garden City, New York 11530
Telephone: (212) 349-9000                                                        Telephone: (516) 678-2800
Facsimile: (212) 349-9003                                                         Facsimile: (516) 977-1977
E-mail: ed@saponepetrillo.com                                                 E-mail: william@saponepetrillo.com

*BY ECF*

July 18, 2017

Honorable Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Vaughn Richmond*
        <u>Docket No.: 13-CR-356</u>

Dear Judge Berman:

  I am retained counsel to Vaughn Richmond in the above-referenced case. I write to supply the Court with some information in advance of our conference scheduled for tomorrow at 10:00 a.m.

  At the Court's last conference on June 21, 2018, Probation continued to voice concerns surrounding Mr. Richmond's employment, and issues that had arisen in trying to confirm it. I am happy to write to the Court to share that since our last appearance, Mr. Richmond has been hired by Malvasia Management Group ("Malvasia") in the position of Director of Real Estate Development. He will be working full-time, at a minimum schedule of 9am to 5pm daily. His starting salary will be $42,000 per year. His responsibilities will include planning, permitting, market and financial analysis, project conceptualization, financing, and interfacing with design and construction partners to successfully develop various real estate projects. The address for Malvasia is 457 West 56th Street, New York, NY 10019, although they are currently looking for available office space elsewhere in Midtown. Attached for the Court's consideration as Exhibit A, is the offer letter from Malvasia, signed by Mr. Richmond and the company's founder, Konstantinos Anastasakis.

  Mr. Richmond previously communicated to Probation his attempts to secure employment with Malvasia, but because of issues outside of Mr. Richmond's control, he was not able to formally begin working with the company until July 16, 2018, as reflected in his offer letter. We are aware that Probation had previously visited the address listed for Malvasia on May 31, 2018.

At that time, Officer Gonzalez encountered a flower business, Simpson & Co. Officer Gonzalez ultimately spoke with a woman there named Catherine, who denied knowing Malvasia Management or Mr. Richmond. Mr. Anastasakis provided a letter to my office seeking to explain the confusion raised by Officer Gonzalez's visit. (*See* Exhibit B).

In his letter, Mr. Anastasakis explains that he had initially expressed a willingness to employ Mr. Richmond as a site inspector for a portion of the company's residual floral arrangement business, but that because of his travel schedule he was unable to make the proper arrangements. (*See* Exhibit B). When Officer Gonzalez visited the business address, she encountered Mr. Anastasakis' sister-in-law, who has no involvement with Malvasia or knowledge of its activities. (*See* Exhibit B). The company is, however, active in several different projects around New York City and elsewhere. Information on some of the company's projects can be found on the company's website: www.malvasiagroup.com.

Mr. Richmond also expects to make a restitution payment tomorrow morning before our court appearance in the amount of $400. He is confident that, moving forward, he will be able to make regular restitution payments from the income he receives from his work at Malvasia.

Unfortunately, I am in Albany, New York, handling a federal matter and will be returning to Manhattan on Friday night. With the Court's permission, my Associate, Chase Ruddy, Esq., will be appearing tomorrow with Mr. Richmond. Mr. Ruddy will be prepared to answer any questions the Court may have about Mr. Richmond's employment. I respectfully request that Mr. Richmond be given a couple of months for the Court to evaluate his employment at Malvasia. And if the Court has any additional questions, I will be prepared to answer them on the next court date.

The Court's consideration is greatly appreciated.

        Respectfully submitted,

        /s/ Edward V. Sapone
        Edward V. Sapone

cc:    A.U.S.A. Brook Cucinella
       P.O. Ana Gonzalez