URBAN BUILDING MANAGEMENT & DEVELOPMENT



MALVASIA

MANAGEMENT GROUP

July 12, 2018

Mr. Vaughn Richmond
100 W. Broadway
Apt. #6A
Long Beach, NY 11561

Dear Mr. Richmond,

Malvasia Management Group is pleased to offer you the position of Director of Real Estate Development. Your skills and expertise will be an ideal fit for our development goals.

As we discussed, your starting date will be Monday, July 16, 2018. The starting salary is $42,000 per year and is paid on a weekly basis. Direct deposit is available.

Malvasia Management Group offers a flexible paid time-off plan; which includes vacation, personal, and sick leave. Time off will accrue at the rate of one day per month for your first year, then will increase based on your tenure with the company.

If you choose to accept this job offer, please counter-sign the second copy of this letter and return it to our offices.

Please let me know should you have any questions or require any additional information.

Sincerely,

_____
Konstantinos Anastasakis
Managing Director - Principal
Malvasia Management Group


_____
I, Vaughn Richmond, do hereby accept the Director of Real Estate Development position.   Date  7/13/18

457 WEST 56TH STREET  NEW YORK  NY 10019  T: (212) 361 9120
www.malvasiagroup.com