URBAN BUILDING MANAGEMENT & DEVELOPMENT



# MALVASIA
MANAGEMENT GROUP

July 12, 2018

Edward V. Sapone
Sapone & Petrillo, LLP
One Penn Plaza/ 53rd Floor/ Suite 5315
New York, NY 10119

Dear Mr. Sapone:

Malvasia Management Group initially expressed a willingness to offer employment to Vaughn Richmond as a site inspector for a portion of our company's residual floral arrangement business. Unfortunately, I was traveling on business for the better part of the month and was unable to make proper for arrangements for Mr. Richmond's employment.

I am the son of Ted Anastasakis, who started Simpson & Co in 1960. Ted has since decesased in 2010 and the building which Simpson occupies is owned by LTA Properties Corp. LTA is owned by our family. The young lady, Catherine, is the wife of my brother George. She was not married to George when Malvasia was started in 2013, with its business address located at the 457 W. 56th Street, New York, NY 10019. Further, she has no involvement in Malvasia or knowledge of its activities. I have since made a formal offer of employment to Mr. Richmond.

I hope this clarifies any confusion regarding our involvement with your client.

Please let me know should you have any further questions or require any additional information.

Sincerely,

_____
Konstantinos Anastasakis
Managing Director - Principal
Malvasia Management Group