QUONTIC**BANK**™
your voice. your trust.

173 QBK

MALVASIA MANAGEMENT GROUP, LLC
852 10TH AVE
NEW YORK NY  10019

07/31/15

███████7679

7

CYCLE-031

*** CHECKING *** SMALL BUSINESS
ACCOUNT NUMBER    █████████7679

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 06/30/15 ........................ | 3,589.95 |
| PLUS       4  DEPOSITS AND OTHER CREDITS .................... | 3,235.00 |
| LESS      49  CHECKS AND OTHER DEBITS ....................... | 6,762.86 |
| LESS          CYCLE SERVICE CHARGE    ...................... | 10.00 |
| CURRENT STATEMENT BALANCE AS OF 07/31/15 ...................... | 52.09 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD    31 | |

----------------------------------------------------------------------------

*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1019 | 07/03 | 1,675.00 | 1025 | 07/03 | 500.00 |
| 1020 | 07/03 | 1,675.00 | 1026 | 07/07 | 278.00 |
| 1022* | 07/01 | 300.00 | 1027 | 07/06 | 300.00 |
| 1024* | 07/02 | 250.00 | | | |

----------------------------------------------------------------------------

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 07/01 | DEPOSIT | | 1,500.00 |
| 07/08 | WTHDRL CHK 2240 07/08 12:01 | 100.00 | |
| | QUONTIC BANK 31-05 BROADWA NY | | |
| 07/09 | NSF Fee | | 35.00 |
| 07/13 | DEPOSIT | | 1,500.00 |
| 07/13 | POS DEBIT  2240 07/11 17:18 | 87.08 | |
| | THE WINE CELLAR OF COLLEGE  NY | | |
| 07/13 | POS DEBIT  2240 07/13 11:53 | 88.70 | |
| | NORTH BERGEN CO NORTH BERGE NJ | | |
| 07/13 | POS DEBIT  2240 07/13 11:55 | 97.57 | |
| | NORTH BERGEN CO NORTH BERGE NJ | | |
| 07/13 | CKCD DEBIT 2240 07/11 12:27 | 6.42 | |
| | STARBUCKS #14840 ASTOR Asto NY | | |
| 07/13 | CKCD DEBIT 2240 07/10 17:22 | 6.51 | |
| | DUNKIN #338115 Q35 ASTORIA NY | | |
| 07/13 | CKCD DEBIT 2240 07/11 21:45 | 34.28 | |
| | TARGET.COM * 800-591-3869 MN | | |
| 07/13 | CKCD DEBIT 2240 07/11 14:48 | 53.87 | |
| | SUSHI VILLAGE FLUSHING NY | | |
| 07/13 | CKCD DEBIT 2240 07/11 21:36 | 108.86 | |
| | TARGET.COM * 800-591-3869 MN | | |
| 07/13 | CKCD DEBIT 2240 07/11 16:42 | 369.07 | |
| | TARGET 00011502 FLUSHING NY | | |
| 07/15 | CKCD DEBIT 2240 07/14 21:29 | 5.86 | |
| | DUNKIN #348916 Q35 ASTORIA NY | | |
| 07/15 | CKCD DEBIT 2240 07/14 12:00 | 8.92 | |
| | STARBUCKS #14840 ASTOR Asto NY | | |
| 07/15 | CKCD DEBIT 2240 07/13 18:12 | 12.96 | |
| | NYC LPEP TAXI LONG ISLAND C NY | | |
| 07/15 | CKCD DEBIT 2240 07/14 13:29 | 43.27 | |
| | BENS DELI BAYSIDE NY | | |
| 07/16 | POS DEBIT  2240 07/16 10:48 | 303.55 | |
| | CNS AT&T MOBILITY I2600 AST NY | | |
| 07/16 | CKCD DEBIT 2240 07/15 16:35 | 7.35 | |
| | NYC BAGELS & COFFEE SH ASTO NY | | |
| 07/16 | CKCD DEBIT 2240 07/15 18:42 | 41.78 | |
| | CVS/PHARMACY #07576 ASTORIA NY | | |
| 07/16 | CKCD DEBIT 2240 07/16 09:31 | 55.50 | |
| | TARGET.COM * 800-591-3869 MN | | |



  Member FDIC  note: see reverse side for important information, or you may contact us at customerservice@quonticbank.com or call astoria branch at (718) 215-4000

PERIOD _____ TO _____ 20 _____

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR FINANCIAL SERVICES STATEMENT**

CHECKS OUTSTANDING - NOT
CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT

**ADD +**
DEPOSITS NOT CREDITED
IN THIS STATEMENT
(IF ANY)   $ _____

_____

Total   $ _____

→ **SUBTRACT**
CHECKS OUTSTANDING   $ _____

**BALANCE**   $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER CONSIDERING SERVICE CHARGE AND INTEREST
(IF ANY) SHOWN ON THIS STATEMENT

PLEASE ADVISE US IF YOU CHANGE YOUR ADDRESS

**ELECTRONIC TRANSFERS**

in case of errors or questions about your electronic transfers, our contact information is described below:

quontic bank
astoria: main (718) 215-4000, 31-05 broadway, astoria, NY 11106, mon-thu 8:30am to 5pm, fri 8:30 to 6pm, sat 9am-1pm
or
email us at: customerservice@quonticbank.com
onlinebanking@quonticbank.com

please notify us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. please (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error. we will investigate your complaint and will correct any error promptly. if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



your voice. your trust.



your voice. your trust.

PAGE   2

MALVASIA MANAGEMENT GROUP, LLC
852 10TH AVE
NEW YORK NY  10019

07/31/15

████7679

       7                                                            CYCLE-031
--------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE         DESCRIPTION                      DEBITS        CREDITS
07/17 WTHDRL CHK 2240 07/17 10:14              100.00
      QUONTIC BANK 31-05 BROADWA NY
07/17 CKCD DEBIT 2240 07/16 10:27                1.00
      NYCDOT PARKING METERS LONG  NY
07/17 CKCD DEBIT 2240 07/16 15:52                3.90
      DUNKIN #338115 Q35 ASTORIA NY
07/17 CKCD DEBIT 2240 07/16 09:43                7.70
      DUNKIN #331183 Q35 LONG ISL NY
07/17 CKCD DEBIT 2240 07/16 11:02               16.63
      STAPLES 00116020 ASTORIA NY
07/20 CKCD DEBIT 2240 07/17 09:46                6.75
      STARBUCKS #07555 ASTOR Asto NY
07/20 CKCD DEBIT 2240 07/17 12:27                6.96
      NYC-TAXI LONG IS CITY NY
07/20 CKCD DEBIT 2240 07/17 14:30                7.08
      STARBUCKS #07555 ASTOR Asto NY
07/20 CKCD DEBIT 2240 07/17 14:06                8.15
      NYC TAXI 3D49 BELLEROSE NY
07/20 CKCD DEBIT 2240 07/17 13:27               17.41
      JOLSONS WINES AND SPIR QUEE NY
07/20 CKCD DEBIT 2240 07/16 16:35               27.21
      TRIBORO BEVERAGE ASTORIA NY
07/22 CKCD DEBIT 2240 07/21 16:40                1.00
      NYCDOT PARKING METERS LONG  NY
07/22 CKCD DEBIT 2240 07/21 17:50                1.00
      NYCDOT PARKING METERS LONG  NY
07/22 CKCD DEBIT 2240 07/21 18:20                5.75
      DUNKIN #341051 Q35 EAST ELM NY
07/27 DEPOSIT                                                  200.00
07/27 CKCD DEBIT 2240 07/24 13:34                1.00
      NYCDOT PARKING METERS LONG  NY
07/27 CKCD DEBIT 2240 07/24 14:37                1.00
      NYCDOT PARKING METERS LONG  NY
07/29 WTHDRL CHK 2240 07/28 17:51               61.75
      OLYMPIA CAFE- 2344 STEINWA NY
07/29 CKCD DEBIT 2240 07/28 15:24                1.00
      NYCDOT PARKING METERS LONG  NY
07/29 CKCD DEBIT 2240 07/28 15:24                1.00
      NYCDOT PARKING METERS LONG  NY
07/29 CKCD DEBIT 2240 07/28 10:24                5.86
      DD/BR #349014 Q35 ASTORIA NY
07/29 CKCD DEBIT 2240 07/28 14:47                9.77
      DUNKIN #338115 Q35 ASTORIA NY
07/31 CYCLE SERVICE CHARGE                      10.00
07/31 POS DEBIT  2240 07/31 14:59               13.05
      CNS RITE AID CORP. 9325 FLU NY
07/31 CKCD DEBIT 2240 07/30 10:24                3.90
      DUNKIN #354397 Q NEW YORK NY
07/31 CKCD DEBIT 2240 07/30 12:58               44.44
      BENS DELI BAYSIDE NY




EQUAL HOUSING
OPPORTUNITY


Member
FDIC

note: see reverse side for important information, or you may contact us at customerservice@quonticbank.com or call astoria branch at (718) 215-4000

PERIOD _____ TO _____ 20 _____

**THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR FINANCIAL SERVICES STATEMENT**

CHECKS OUTSTANDING - NOT
CHARGED TO ACCOUNT

| NO. | $ | | |
|-----|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | $ | | |

BANK BALANCE SHOWN
ON THIS STATEMENT

**ADD +**
DEPOSITS NOT CREDITED
IN THIS STATEMENT
(IF ANY)                    $ _____

_____

Total                         $ _____

→ **SUBTRACT**
CHECKS OUTSTANDING      $ _____

**BALANCE**                $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER CONSIDERING SERVICE CHARGE AND INTEREST
(IF ANY) SHOWN ON THIS STATEMENT

PLEASE ADVISE US IF YOU CHANGE YOUR ADDRESS

**ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers, our contact information is described below:

quontic bank
astoria: main (718) 215-4000, 31-05 broadway, astoria, NY 11106, mon-thu 8:30am to 5pm, fri 8:30 to 6pm, sat 9am-1pm
or
email us at: customerservice@quonticbank.com
onlinebanking@quonticbank.com

please notify us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. please (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error. we will investigate your complaint and will correct any error promptly. if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



your voice. your trust.

 QUONTICBANK™

your voice. your trust.

PAGE   3

MALVASIA MANAGEMENT GROUP, LLC
852 10TH AVE
NEW YORK NY  10019

07/31/15

███████7679

7                                                                              CYCLE-031

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | .00 | 105.00 |
| TOTAL RETURNED ITEM FEES | .00 | .00 |

```
*** BALANCE BY DATE ***
06/30    3,589.95   07/01    4,789.95   07/02    4,539.95   07/03    689.95
07/06      389.95   07/07      111.95   07/08       11.95   07/09     46.95
07/13      694.59   07/15      623.58   07/16      215.40   07/17     86.17
07/20       12.61   07/22        4.86   07/27      202.86   07/29    123.48
07/31       52.09
```



 **Member FDIC**

EQUAL HOUSING OPPORTUNITY

note: see reverse side for important information, or you may contact us at customerservice@quonticbank.com or call
astoria branch at (718) 215-4000

PERIOD _____ TO _____ 20 _____

THIS FORM IS PROVIDED TO HELP YOU BALANCE
YOUR FINANCIAL SERVICES STATEMENT

CHECKS OUTSTANDING - NOT
CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT

**ADD +**
DEPOSITS NOT CREDITED
IN THIS STATEMENT
(IF ANY)                    $ _____
_____
_____

Total                         $ _____

→ **SUBTRACT**
CHECKS OUTSTANDING    $ _____

**BALANCE**                $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER CONSIDERING SERVICE CHARGE AND INTEREST
(IF ANY) SHOWN ON THIS STATEMENT

PLEASE ADVISE US IF YOU CHANGE YOUR ADDRESS

**ELECTRONIC TRANSFERS**

in case of errors or questions about your electronic transfers, our contact information is described below:

quontic bank
astoria: main (718) 215-4000, 31-05 broadway, astoria, NY 11106, mon-thu 8:30am to 5pm, fri 8:30 to 6pm, sat 9am-1pm
                                    or
email us at: customerservice@quonticbank.com
                onlinebanking@quonticbank.com

please notify us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. please (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error. we will investigate your complaint and will correct any error promptly. if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



QUONTIC BANK
your voice. your trust.



Check 1019, Amount $1,675.00   Date 7/3/2015



Check 1020, Amount $1,675.00   Date 7/3/2015



Check 1022, Amount $300.00   Date 7/1/2015



Check 1024, Amount $250.00   Date 7/2/2015



Check 1025, Amount $500.00  Date 7/3/2015

Check 1026, Amount $278.00  Date 7/7/2015

Check 1027, Amount $300.00  Date 7/6/2015



QUONTIC **BANK**™
your voice. your trust.

MALVASIA MANAGEMENT GROUP, LLC
852 10TH AVE
NEW YORK NY 10019-2908

Page:     1

Account Number:         ▇▇▇7679
Statement Date:         8/31/15
Checks/Items Enclosed:        1

ACCOUNT SUMMARY

CHECKING                                    .00

SMALL BUSINESS            MALVASIA MANAGEMENT GROUP, LLC        Acct    ▇▇▇7679

Beginning Balance     8/15/15          6.63
Deposits / Misc Credits      2        407.28
Withdrawals / Misc Debits    4        413.91
** Ending Balance     8/31/15          .00  **
Service Charge                        2.72

Average Balance                         50
Enclosures                               1

- - - - - - - - - - -        CHECKING ACCOUNTS TRANSACTIONS        - - - - - - - - - - -

| Date | Activity Description | Deposits | Withdrawals |
|------|---------------------|----------|-------------|
| 8/17 | POS Purchase Non-PIN STARBUCKS #14840 ASTOR Astoria NY 0000099999999 *****2240 08/14 10:12 | | 3.54 |
| 8/27 | Deposit | 400.00 | |
| 8/28 | CAPITAL ONE/MOBILE PMT 523939809000902 8827772834ANASTASAKISK | | 296.87 |
| 8/31 | ATM Withdrawal PNC BANK 1316 BRIDFORD GREENSBORO NC *****2240 08/29 21:49 00350PA8305 | | 103.50 |
| 8/31 | SC Balance Requirement Fee | | 10.00 |
| 8/31 | SC Maximum Service Charge Adjustment | 7.28 | |




note: see reverse side for important information, or you may contact us at customerservice@quonticbank.com or call astoria branch at (718) 215-4000



your voice. your trust.

Page:    2

MALVASIA MANAGEMENT GROUP, LLC

Account Number:        ████7679
Statement Date:        8/31/15

- - - - - - - - - - - - -    DAILY BALANCE SUMMARY    - - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/17 | 3.09 | 8/28 | 106.22 | 8/31 | .00 |
| 8/27 | 403.09 | | | | |





**Member FDIC**

note: see reverse side for important information, or you may contact us at customerservice@quonticbank.com or call astoria branch at (718) 215-4000


**QUONTICBANK**™
your voice. your trust.

1141 QBK

08/16/15

MALVASIA MANAGEMENT GROUP, LLC
852 10TH AVE
NEW YORK NY  10019

███████7679

CYCLE-031

```
*** CHECKING *** SMALL BUSINESS
ACCOUNT NUMBER  ████████7679
PREVIOUS STATEMENT BALANCE AS OF 07/31/15 ......................        52.09
    PLUS      1  DEPOSITS AND OTHER CREDITS ......................       300.00
    LESS      8  CHECKS AND OTHER DEBITS ........................       345.46
CURRENT STATEMENT BALANCE AS OF 08/16/15 ......................          6.63
NUMBER OF DAYS IN THIS STATEMENT PERIOD    16
```

```
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE            DESCRIPTION                    DEBITS        CREDITS
08/03  CKCD DEBIT 2240 08/01 15:45               5.76
       STARBUCKS #07543 ROSLY Rosl NY
08/03  CKCD DEBIT 2240 07/31 15:06               5.79
       DUNKIN #345100 Q35 FLUSHING NY
08/03  CKCD DEBIT 2240 07/31 10:26               6.51
       DUNKIN #337762 Q35 BRONX NY
08/03  CKCD DEBIT 2240 08/02 11:04               6.75
       STARBUCKS #07567 ASTOR Asto NY
08/03  CKCD DEBIT 2240 08/01 12:26               7.60
       DUNKIN #341051 Q35 EAST ELM NY
08/05  CKCD DEBIT 2240 08/04 10:40               6.75
       STARBUCKS #14840 ASTOR Asto NY
08/10  CKCD DEBIT 2240 08/07 11:13               6.75
       STARBUCKS #14840 ASTOR Asto NY
08/14  DEPOSIT                                                  300.00
08/14  AC-CAPITAL ONE    -MOBILE PMT            299.55
       522539809001251 8827772834ANAS
```

```
                           : TOTAL FOR   :    TOTAL       :
                           : THIS PERIOD : YEAR-TO-DATE   :
: TOTAL OVERDRAFT FEES     :      .00    :    105.00      :
: TOTAL RETURNED ITEM FEES :      .00    :       .00      :
```

```
*** BALANCE BY DATE ***
07/31      52.09  08/03       19.68  08/05        12.93  08/10        6.18
08/14       6.63
```




Member
**FDIC**

note: see reverse side for important information, or you may contact us at customerservice@quonticbank.com or call astoria branch at (718) 215-4000