

# at&t

att.com

MALVASIA MANAGEMENT GROUP, LLC.
ATTN: MALVASIA MANAGEMENT GROUP
852 10TH AVE # 200
NEW YORK, NY 10019-2908

Page: 1 of 6
Bill Cycle Date: 06/06/16 - 07/05/16
Account: 7262
Foundation Account: FAN 06086353
Invoice: 28726319726 2X07132016

Visit us online at: **www.att.com/business**

## Wireless Statement

### Bill-At-A-Glance

| | |
|---|---|
| Previous Balance | $551.87 |
| Payment - 06/21 | $80.00CR |
| Adjustments | $0.00 |
| Past Due - Please Pay Immediately | $471.87 |
| New Charges | $275.03 |
| **Total Amount Due** | **$746.90** |
| New Charges Due in Full by | Jul 28, 2016 |

### Service Summary

| Service | Page | | Total |
|---|---|---|---|
| Account Charges | 1 | | $5.29 |
| Wireless | | | $269.74 |
| 212 361-9102 | | 3 | $110.20 |
| 347 982-4629 | | 5 | $159.54 |
| **Total New Charges** | | | **$275.03** |

### Keep in touch
with active teens & tweens all summer long

Add a new smartphone for $0 down with AT&T Next®.

Visit att.com/addtoday Go to an AT&T store Call 877.981.7155

*AT&T Next®: $0 down req's elig. installment agmt. Tax due at sale. Down payment option avail. Service: Qual. voice & data req'd. If svc cancelled, remaining installment agmt balance due. Deposit may be req'd. Subj. to Wireless Customer Agmt. Activ/Upgrade ($20), restocking & other fees, monthly & other charges & restr's apply. Subject to change.

### Account Charges

**Other Charges and Credits**

**One-Time Charges**
| Date | Description | |
|---|---|---|
| 1. 07/05 | Late Payment Charge | 5.00 |

**Surcharges and Other Fees**
| | | |
|---|---|---|
| 2. County Gross Receipts Surcharge | | 0.10 |
| 3. MTA Telecom Surcharge | | 0.04 |
| 4. State Telecommunications Excise Surcharge | | 0.15 |
| Total Surcharges and Other Fees | | 0.29 |

| | |
|---|---|
| **Total Other Charges & Credits** | **5.29** |
| **Total Account Charges** | **5.29** |

### Wireless

**Group 2 - Data Summary - Jun 6 thru Jul 5**

Mobile Share Value 15GB with Rollover Data – Includes 15 gigabytes with plan. Data Overage charge is $15/1GB. Additional plan details available for Consumer customers at att.com/mobilesharevalue and for Business customers at att.com/attmobileshare.

Wireless Services provided by AT&T Mobility, LLC.

---

### Manage Your Account:
Online: att.com/myatt
Mobile App: att.com/myattapp
Support: 800 331-0500 or 611 from your mobile device
TTY: 866 241-6567

For Important Information about your bill, please see the **News You Can Use** section (Page 5).

Return bottom portion with your check in the enclosed envelope.
Payments may take 7 days to post.

---

**DUE BY: Jul 28, 2016**   **$746.90**

Past Due Charges - $471.87 - Please Pay Immediately

Account Number 7262

☐ CHECK FOR AUTO PAY (SEE REVERSE)

Please include account number on your check.

Make checks payable to:
AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

MALVASIA MANAGEMENT GROUP, LLC.
ATTN: MALVASIA MANAGEMENT GROUP
852 10TH AVE # 200
NEW YORK, NY 10019-2908



9990028726319726200000000275030000007469000 2