

**457 WEST 56 STREET, NEW YORK 10019**

**- Additional Tax Lot Information**

**Tax Lot**

| ACRIS | Effective Tax Year |
|---|---|
| View | N/A |

**REUC**

| REUC No. | Effective Tax Year |
|---|---|
| A2613 | N/A |

**457 WEST 56 STREET, NEW YORK 10019**

**- Building & Property Information**

**Borough:** MANHATTAN **Block:** 1066 **Lot:** 1
**Police Precinct:** 18
**Owner:** L.T.A. PROPERTIES COR

**Address:** 852 10 AVENUE 10019
**Lot Area:** 1307 sf
**Lot Frontage:** 21.42' **Lot Depth:** 61
**Year Built:** 1910 N/A
**Number of Buildings:** 1
**Number of Floors:** 4
**Gross Floor Area:** 4,522 sf (estimated)
**Residential Units:** 2 **Total # of Units:** 4
**Land Use:** Mixed Residential and Commercial Buildings
**Zoning:** C2-7
**Commercial Overlay:**
**Zoning Map #:** 8C

Dept. of City Planning, PLUTO 18v1 © 2018 and other city agency sources

**Links to More Information**
Address Translator
Building Profile
Building Registration/Violation
DCP Zoning Map 8C
DOHMH Rat Information Portal
Tax and Property Records