```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                Government,  :  13 CR. 356 (RMB)

    - against -  :  **ORDER**

VAUGHN RICHMOND,

                Defendant.

-----------------------------------------------------------x

The conference currently scheduled for Monday, October 1, 2018, at 10:00 a.m. is hereby rescheduled to Wednesday, October 3, 2018, at 9:00 a.m. in Courtroom 17B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
        September 25, 2018



                        **RICHARD M. BERMAN**
                              U.S.D.J.