# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate

<u>MANHATTAN</u>
1 Penn Plaza, Suite 5315
New York, New York 10119
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

<u>LONG ISLAND</u>
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

*BY ECF*

May 20, 2019

Honorable Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Vaughn Richmond*
        <u>Docket No.: 13-CR-356</u>

Dear Judge Berman:

 I am retained counsel to Vaughn Richmond in the above-referenced case. Mr. Richmond is scheduled to appear before Your Honor tomorrow, May 21, 2019, for an update on his compliance with the conditions of his supervised release.

 I write to respectfully request a brief adjournment of tomorrow's conference to any day next week convenient to the Court. The reason for this request is twofold. First, my wife must undergo brain surgery tomorrow morning and I will be unable to appear. Second, I am awaiting some additional information regarding Mr. Richmond's compliance with his restitution obligations and other information which I believe will be relevant for our conference and which will not be available in time for tomorrow's appearance. For these reasons, I am requesting a short adjournment to next week.

 I have spoken to the government by AUSA Brett Kalikow, and they do not object to this request.

 The Court's consideration is greatly appreciated.

                Respectfully submitted,

                <u>/s/ Edward V. Sapone</u>
                Edward V. Sapone

cc:     A.U.S.A. Samson Enzer
        A.U.S.A. Brett Kalikow
        P.O. Ana Gonzalez